

Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
PACIFIC LOGISTICS CORP

**SEALED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| PACIFIC LOGISTICS CORP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LOGISTICS PRIORITY MAIL, a business entity form unknown; JOHN DOE, said name being fictitious and unknown; DOES 2 through 10; and ROE CORPORATIONS 2 through 10,<br><br>Defendants. | CASE NO.: CV-19-05023-PHX-SMB<br><br>**DECLARATION OF ERIC HOCKERSMITH IN SUPPORT OF PACIFIC LOGISTICS CORP'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND *EX PARTE* MOTION FOR EARLY DISCOVERY** |

## DECLARATION OF ERIC HOCKERSMITH

I, Eric Hockersmith, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1. I am the Chief Operating Officer at Pacific Logistics Corp ("PLC"), a California corporation. I have been employed full-time with PLC for over 11 years and I have held the Chief Operating Officer position for the past 11 months.

2. I have personal knowledge of the facts stated herein unless otherwise indicated.

3. PLC is a world renowned high quality shipping and freight services company with commended customer service.

4. For over twenty years, PLC has used Pacific Logistics™ and Pacific Logistics Corp™ as marks, including on their website, advertising, business cards, as part of their www.pacific-logistics.com domain name, and even on their office building and vehicles as shown below:




5. PLC has developed its great reputation and continuously and exclusively used the Pacific Logistics Corp™, PLC PACIFIC LOGISTICS® plus design, and PLC® marks (collectively the "Pacific Logistics Marks") in the shipping and freight industries.

6. On November 20, 2012, PLC was issued the now federally incontestable

-1-
**DECLARATION OF ERIC HOCKERSMITH IN SUPPORT OF PACIFIC LOGISTICS CORP'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND *EX PARTE* MOTION FOR EARLY DISCOVERY**

trademark registration for PLC PACIFIC LOGISTICS CORP plus design mark (Registration No. 4,245,361) registered in connection with services in International Class 39, namely: "Freight transportation by truck, rail, air and ship; Freight transportation consultation in the field of freight transportation by truck, rail, air and ship; Supply chain logistics and reverse logistics services, namely, storage, transportation and delivery of goods for others by truck, rail, air and ship." Attached as **EXHIBIT A** to the Appendix of Exhibits is a true and correct copy of the PLC PACIFIC LOGISTICS CORP plus design trademark registration certificate.

7. On November 20, 2012, PLC was issued the owns federally incontestable trademark registrations for the PLC word mark (Registration No. 4,245,364) registered in connection with services in International Class 39, namely: "Freight transportation by truck, rail, air and ship; Freight transportation consultation in the field of freight transportation by truck, rail, air and ship; Supply chain logistics and reverse logistics services, namely, storage, transportation and delivery of goods for others by truck, rail, air and ship." Attached as **EXHIBIT B** to the Appendix of Exhibits is a true and correct copy of the PLC trademark registration certificate.

8. PLC also uses its marks on its website and in its www.pacific-logistics.com domain. Attached as **EXHIBIT C** to the Appendix of Exhibits is a true and correct screenshot of the www.pacific-logistics.com website.

9. PLC incorporated in 1999 and to date had sales in the hundreds of millions of dollars.

10. On or about August 7, 2019, PLC received an email from an actually confused consumer, Ms. Catherine Gallagher, to the info@pacific-logistics.com email address. I reviewed the email and noted that Ms. Gallagher, mistakenly believed that PLC and Pacific Logistics Priority Mail were the same entity. Ms. Gallagher's email inquired about her package's delivery status since she paid Defendants' insurance fees and she attached a screenshot of Defendants' invoice. I then forwarded the email to PLC's counsel, Milord A Keshishian, for further action. Attached as **EXHIBIT L** to the

Appendix of Exhibits is a true and correct copy of said email.

11. Prior to August 7, 2019 communication, PLC never interacted with Ms. Gallagher and she was never one of its customers.

12. Prior to Ms. Gallagher's contact on August 7, 2019, PLC was not aware of Defendants' fraudulent operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this was executed on the 20th day of August, 2019 at Pico Rivera, California.

Eric Hockersmith

-3-
**DECLARATION OF ERIC HOCKERSMITH IN SUPPORT OF PACIFIC LOGISTICS CORP'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND *EX PARTE* MOTION FOR EARLY DISCOVERY**