Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
PACIFIC LOGISTICS CORP

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 0 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

SEALED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PACIFIC LOGISTICS CORP, a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>PACIFIC LOGISTICS PRIORITY MAIL, a business entity form unknown; JOHN DOE, said name being fictitious and unknown; DOES 2 through 10; and ROE CORPORATIONS 2 through 10,<br><br>      Defendants. | CASE NO.: CV-19-05023-PHX-SMB<br><br>**DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF PACIFIC LOGISTICS CORP'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE** |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

# DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1. I am the principal of Milord & Associates, PC, and I am admitted to practice law in the State of California. I am also a member of the Patent Bar as a registered patent attorney. I am, and have been at all times since my admission, a member in good standing of each bar.

2. I am admitted to all California State Courts, the Northern, Southern, Central and Eastern Districts of California, the Ninth Circuit Court of Appeals, and the Court of Appeals for the Federal Circuit.

3. On August 30, 2019, I filed an Application of Attorney for Admission to Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) to practice in this Court.

4. I am counsel for the Plaintiff, Pacific Logistics Corp ("PLC").

5. I have personal knowledge of the facts stated herein unless otherwise indicated.

6. On August 29, 2019, the Court granted PLC's Motion for Early Discovery, but because the case was sealed, the Order was not received by Counsel until September 4, 2019 after hours. On September 6, 2019, pursuant to the Court's Order Granting Early Discovery, the Subpoena to Produce Documents, Information or Objects was served on NameSilo, LLC ("NameSilo"), via personal service on its Registered Agent with the Arizona Corporations Commission with a copy sent by email to support@namesilo.com. Attached as **EXHIBIT A** is a true and correct copy of the subpoena served on NameSilo.

7. On September 6, 2019, Subpoenas to Produce Documents, Information or Objects were served on Google, LLC ("Google") and Cloudflare, Inc. ("Cloudflare"). We attempted to serve PrivacyGuardian.org ("Privacy Guardian") at an address listed on the WHOIS report for www.pacificlogisticsprioritymail.com, but the address is no longer associated the company and there are no other known physical addresses for Privacy

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Guardian.

8.     On September 6, 2019, we received an email from support@namesilo.com stating NameSilo locked the www.pacificlogisticsprioritymail.com domain name from transfer.  The email also identified Mark Develine, with the markdeveline@gmail.com email address, as the Registrant, Administrative, Technical, and Billing Contact for the www.pacificlogisticsprioritymail.com domain name.  The mailing address provided for Mr. Develine is "Church Street, Limbe, South West Region 00237, CM," which did not include a house number.  We confirmed with NameSilo that the information provided contained the contact information for the Registrant of the www.pacificlogisticsprioritymail.com domain name.  Attached as **EXHIBIT B** is a true and correct copy of the email from NameSilo.

9.     On September 6, 2019, we reviewed NameSilo's Privacy Policy, located at https://www.namesilo.com/Support/Privacy-Policy (last accessed September 9, 2019), wherein NameSilo states it will "take reasonable steps to notify [the registrant] in the event that we are required to provide your personal information to third parties as part of legal process."

10.     On September 6, 2019, we served via RPost's registered email service copies of the: (1) Complaint; (2) Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed); (3) Declaration of Milord A. Keshishian, (4) Declaration of Eric Hockersmith; (5) Appendix of Exhibits; and (6) the Court's Order Granting Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed) on the following email addresses: markdeveline@gmail.com; pacificlogisticsprioritymail@gmail.com; contact@pacificlogisticsprioritymail.com; and goerge.brolin@bestlogistic.com.  Attached as **EXHIBIT C** is a true and correct copy of the September 6, 2019 email.

11.     On September 6, 2019, RPost provided proof of delivery and authentication that the markdeveline@gmail.com and pacificlogisticsprioritymail@gmail.com email addresses received and opened the email, contact@pacificlogisticsprioritymail.com

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

received the email, but the goerge.brolin@bestlogistic.com email address was not viable. . Attached as **EXHIBIT D** is a true and correct copy of the RPost email confirmation showing delivery statuses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this was executed on the 10th day of September, 2019 at Los Angeles, California.

Milord A. Keshishian

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| PACIFIC LOGISTICS CORP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| PACIFIC LOGISTICS PRIORITY MAIL, a business entity form unknown; JOHN DOE, said name being fictitious and unknown; DOES 2 through 10; and ROE CORPORATIONS 2 through 10 | ) ) ) | |
| Defendant | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     NameSilo, LLC, 1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 86014

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| Place: Valley Wide Attorney Service, Contact: Mr. Jack Cox 2931 E. Marco Polo Road Phoenix, AZ 85050 | Date and Time: 09/06/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     08/21/2019

CLERK OF COURT

OR     /s/ Milord A. Keshishian

_____          _____
Signature of Clerk or Deputy Clerk                          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Pacific Logistics Corp _____, who issues or requests this subpoena, are:
Milord A. Keshishian, MILORD & ASSOCIATES, P.C.,10517 West Pico Boulevard, Los Angeles, CA 90064,
milord@milordlaw.com, Tel: (310)226-7878.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*

                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc.:

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

        **(i)** is a party or a party's officer; or

        **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

    **(A) Appearance Not Required.** A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

    **(B) Objections.** A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

        **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

        **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

    **(A) When Required.** On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

        **(i)** fails to allow a reasonable time to comply;

        **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

        **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

        **(iv)** subjects a person to undue burden.

    **(B) When Permitted.** To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

        **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

        **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

    **(C) Specifying Conditions as an Alternative.** In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

        **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

        **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

    **(A) Documents.** A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

    **(B) Form for Producing Electronically Stored Information Not Specified.** If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

    **(C) Electronically Stored Information Produced in Only One Form.** The person responding need not produce the same electronically stored information in more than one form.

    **(D) Inaccessible Electronically Stored Information.** The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

    **(A) Information Withheld.** A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

        **(i)** expressly make the claim; and

        **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

    **(B) Information Produced.** If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

MILORD A. KESHISHIAN, CA SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, CA 90064
Tel:   (310) 226-7878
Fax:  (310) 226-7879

Attorney for Plaintiff
PACIFIC LOGISTICS CORP

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PACIFIC LOGISTICS CORP, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC LOGISTICS PRIORITY MAIL, a business entity form unknown; JOHN DOE, said name being fictitious and unknown; DOES 2 through 10; and ROE CORPORATIONS 2 through 10 <br><br> Defendants. | CASE NO.: <br><br> ***ATTACHMENT A* TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

# "ATTACHMENT A"

1. "PERSON(S)" means and includes any individual, sole proprietorship, partnership, unincorporated association, corporation, or other legal entity or form of organization or association.

2. "NAMESILO," "YOU," "YOUR," and "YOURSELF" means NameSilo, LLC and all of YOUR attorneys, subsidiaries, affiliates, divisions, holding companies, joint ventures, officers, directors, employees and/or agents, and all other PERSON(S) acting on behalf of, or under the direction or control of YOU.

3. "PLAINTIFF" means PACIFIC LOGISTICS CORP, and any officer, employee, counsel, agent, representative, or other PERSON acting on behalf of same.

4. "DEFENDANT(S)" means the Defendants PACIFIC LOGISTICS PRIORITY MAIL, JOHN DOE, DOE DEFENDANTS, AND ROE CORPORATION DEFENDANTS.

5. "DOCUMENT(S)" means all writings, ESI (defined below), drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations from which information can be obtained and translated, if necessary, by the respondent into reasonably readable form. "ESI" refers to Electronically-Stored Information and means any information or data located on a computer or other device capable of storing electronic data. ESI includes, but is not limited to, e-mail, voice-mail, data collected and stored through use of the Internet, spreadsheets, databases, word processing DOCUMENTS, images, presentations, application files, executable files, log files, and all other files present on any type of device capable of storing electronic data. Devices capable of storing ESI include, but are not limited to: servers, desktop computers, portable computers, handheld computers, flash memory devices, wireless communication devices, pagers, workstations, minicomputers, mainframes, and any other forms of online or offline storage, whether on or off company premises.

6. "CONTENT MANAGEMENT SYSTEM" or shall mean any computer application that allows users to upload, publish, edit, organize, delete, and/or manage the content of a website, whether or not the website is hosed on your servers, such as cPanel, WordPress, Microsoft SQL Service, MySQL, or any similar proprietary system you may

offer.

7.     "COMMUNICATION(S)" shall mean any transmission or exchange of information between two or more PERSON(S), orally or in writing, and includes without limitation any DOCUMENT, conversation or discussion, whether face-to-face or by means of telephone, telegram, telex, telecopier, text messages, electronic mail or other media.

8.     "REFER(S) TO" or "RELATE(S) TO" or "RELATING TO" a given subject matter means any DOCUMENT, COMMUNICATION, or THING that constitutes, contains, embodies, comprises, reflects, identifies, states, deals with, comments on, discusses, mentions, responds to, describes, or analyzes that subject.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON(S) RELATING TO the purchase and/or ownership of the universal resource locator ("URL") and/or domain name www.pacificlogisticsprioritymail.com.

2.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON (S) RELATING TO the registration or activation of the URL and/or domain name www.pacificlogisticsprioritymail.com.

3.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON (S) RELATING TO the renewal of the URL and/or domain name www.pacificlogisticsprioritymail.com.

4.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON (S) RELATING TO the termination or cessation of use of the URL and/or domain name www.pacificlogisticsprioritymail.com.

5.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON(S)  RELATING TO access to the URL and/or domain name www.pacificlogisticsprioritymail.com, including the user account.

6.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON (S) reporting abuse or complaints RELATING TO the URL and/or domain name www.pacificlogisticsprioritymail.com.

7.     DOCUMENTS sufficient to show any abuse reports or complaints RELATING TO the URL and/or domain name www.pacificlogisticsprioritymail.com.

8.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON (S) RELATING TO any changes to the user account associated with the URL and/or domain name www.pacificlogisticsprioritymail.com.

9.     DOCUMENTS sufficient to show personal information and/or contact information of any PERSON (S) RELATING TO use of CONTENT MANAGEMENT SYSTEM relating to the use of the URL and/or domain name www.pacificlogisticsprioritymail.com, including any customer service logs, audio recordings made of telephone customer services calls, records reflecting changes made to the customer's account, e-mail addresses used in creating, maintaining, or communication with any server side software or CONTENT MANAGEMENT SYSTEM, and the IP address used to log in to the customer's account, including the date and time of the "log in."

10.     COMMUNICATIONS between YOU and any PERSON (S) RELATING TO the URL and/or domain name www.pacificlogisticsprioritymail.com.

11.     DOCUMENTS sufficient to show the method of payment for the purchase and/or renewal of the URL and/or domain name www.pacificlogisticsprioritymail.com.

Dated: August 21, 2019          Respectfully submitted,

**MILORD & ASSOCIATES, P.C.**


By:  _____
Milord A. Keshishian
Attorney for Plaintiff
PACIFIC LOGISTICS CORP

4

EXHIBIT B

Hi,

This was sent below

---- On Fri, 6 Sep 2019 15:24:01 -0400 **"Lorie Mallari"<lorie@milordlaw.com>**  wrote ----

Thank you for locking the domain.  Pursuant to the subpoena, please forward the Registrant's contact information so that we may serve them.

Most sincerely,

Lorie K. Mallari

Associate Attorney

Milord & Associates, PC

Patent, Trademark & Copyright Law
10517 West Pico Boulevard
Los Angeles, CA 90064
Tel  (310) 226-7878
Fax (310) 226-7879

www.milordlaw.com

************************CONFIDENTIALITY NOTICE*************************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

The domain has been locked from being transferable

# pacificlogisticsprioritymail.com

## Created: 2018-01-17

## Expires: 2020-01-17

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Mark Develine | Mark Develine | Mark Develine | Mark Develine |
| Church Street | Church Street | Church Street | Church Street |
| Limbe, South West Region 00237 | Limbe, South West Region 00237 | Limbe, South West Region 00237 | Limbe, South West Region 002 |
| CM | CM | CM | CM |
| markdeveline@gmail.com | markdeveline@gmail.com | markdeveline@gmail.com | markdeveline@gmail.com |
| Phone: 654989881 | Phone: 654989881 | Phone: 654989881 | Phone: 654989881 |

---- On Fri, 6 Sep 2019 13:56:31 -0400 **"Stephanie Trice"<stephanie@milordlaw.com>** wrote ----



This is a Registered Email™ message from **Stephanie Trice**.

**TEMPORARY RESTRAINING ORDER**

Re:     Temporary Restraining Order

Subpoena to Produce Documents, Information, or Objects

*Pacific Logistics Corp v. Pacific Logistics Priority Mail, et al.*

United States District Court – District of Arizona

Case No. CV-19-05023-PHX-SMB

Our Ref No. PLC18-006L

To Whom It May Concern:

In the attached Court's Order, Namesilo, LLC is **ORDERED BY THE COURT** to: (1) freeze the www.pacificlogisticsprioritymail.com domain name from transfer; and (2) may not edit, modify, delete, or transfer the www.pacificlogisticsprioritymail.com domain while this lawsuit is active.

Further, we enclose a copy of the following documents for service on Namesilo:

1. Subpoena to Produce Documents, Information, or Objects;
2. Order Granting Pacific Logistics Corp's Ex Parte Motion for Early Discovery (Sealed); and
3. Order Granting Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed).

Please produce the information requested in the subpoena on **September 6, 2019 at 10:00 am** to Valley Wide Attorney Service, Contact: Mr. Jack Cox, 2931 E. Marco Polo Road, Phoenix, Arizona 85050.

If you should have any questions or concerns, please feel free to contact our office.

Most sincerely,

Stephanie V. Trice

Associate Attorney

Milord & Associates, PC

Patent, Trademark & Copyright Law

10517 West Pico Boulevard

Los Angeles, CA 90064

Tel  (310) 226-7878

Fax (310) 226-7879

www.milordlaw.com

************************CONFIDENTIALITY NOTICE************************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.



EXHIBIT C

| | |
|---|---|
| **From:** | stephanie@milordlaw.com on behalf of Stephanie Trice <stephanie@milordlaw.com> |
| **Sent:** | Friday, September 6, 2019 7:02 PM |
| **To:** | markdeveline@gmail.com; pacificlogisticsprioritymail@gmail.com; contact@pacificlogisticsprioritymail.com; goerge.brolin@bestlogistic.com |
| **Cc:** | Milord Keshishian; Lorie Mallari; Cristen Fletcher; Stephanie Trice |
| **Subject:** | Registered: Summons and Complaint Service of Process - Temporary Restraining Order |



This is a Registered Email™ message from **Stephanie Trice**.

Re: Summons and Complaint Service of Process - Temporary Restraining Order

Preliminary Injunction Hearing – September 12, 2019 at 10:00 am MST

*Pacific Logistics Corp v. Pacific Logistics Priority Mail, et al.*

United States District Court – District of Arizona

Case No.: CV-19-05023-PHX-SMB

Our Ref No.: PLC18-006L

Mr. Develine:

As the registrant for the www.pacificlogisticsprioritymail.com domain name, you are **ORDERED BY THE ABOVE-REFERENCED COURT** to follow the Court Order Granting Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed) dated August 29, 2019 until final resolution of this matter, which include:

You shall not edit, modify, delete, or otherwise dispose of any website pages related to the pacificlogisticsprioritymail.com domain name;

1. You must preserve copies of all your computer files relating to the use of the pacificlogisticsprioritymail.com domain name and shall take all necessary steps to retrieve computer files relating to the use of the domain name and that may have been deleted before the entry of this Order;
2. You must not dissipate or transfer any assets located in the United States;
3. You must unpublish the website located at pacificlogisticsprioritymail.com domain name;
4. You are enjoined from removing, deleting, or otherwise disposing of any assets located in the United States until further notice; and
5. You shall immediately discontinue use of the Pacific Logistics Marks, or any confusingly similar trademarks within domain extensions, metatags, or other markers within website code, from use on any webpage (including as the title of any web page).

Click on the following link to access the Order and additional documents filed in this case: https://milordlaw.sharefile.com/d-sb9ef4d5077d4c7f8:

1

1. Complaint;
2. Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed);
3. Declaration of Milord A. Keshishian;
4. Declaration of Eric Hockersmith;
5. Appendix of Exhibits; and
6. Court Order Granting Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed).

**The hearing on the Preliminary Injunction will be held on <u>September 12, 2019 at 10:00 am MST</u> before Hon. Susan M. Brnovich at the Sandra Day O'Connor Courthouse, 401 West Washington Street, Courtroom 506, Phoenix, AZ 85003.**

If you should have any questions or concerns, please feel free to contact our office.

Most sincerely,

Stephanie V. Trice

Associate Attorney

Milord & Associates, PC

Patent, Trademark & Copyright Law
10517 West Pico Boulevard
Los Angeles, CA 90064
Tel  (310) 226-7878
Fax (310) 226-7879

www.milordlaw.com

************************CONFIDENTIALITY NOTICE************************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

RPost® Recanted

EXHIBIT D

| | |
|---|---|
| **From:** | Authentication <support@r1.rpost.net> |
| **Sent:** | Saturday, September 7, 2019 3:10 PM |
| **To:** | Stephanie Trice |
| **Subject:** | Receipt: Summons and Complaint Service of Process - Temporary Restraining Order (Delivery Failure) |
| **Attachments:** | Summons and Complaint Service of Process - Temporary Restraining Order; SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; SMTP Log-6.txt; SMTP Log-7.txt; SMTP Log-8.txt; SMTP Log-4.rec.txt; SMTP History-1.txt; SMTP History-2.txt; SMTP History-3.txt; SMTP History-4.txt; SMTP History-5.txt; SMTP History-6.txt; SMTP History-7.txt; SMTP History-8.txt; HTTP_Record-1.txt; DSN_Record-1.txt; HTTP_Record-2.txt; DSN_Record-2.txt; DSN_Record-3.txt; DSN_Record-4.txt; HTTP_Record-5.txt; DSN_Record-5.txt; DSN_Record-6.txt; DSN_Record-7.txt; MUA_Record-8.txt; DSN_Record-8.txt; DeliveryReceipt.xml |

 

## RECEIPT AUTHENTICATION
### PROOF OF DELIVERY, CONTENT & TIME

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

### ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| markdeveline@gmail.com | Delivered and Opened | HTTP-IP:66.249.89.156 | 9/7/2019 2:01:55 AM (UTC) | 9/6/2019 10:01:55 PM (-4.0) | 9/6/2019 10:01:57 PM (-4.0) |
| pacificlogisticsprioritymail@gmail.com | Delivered and Opened | HTTP-IP:66.102.9.127 | 9/7/2019 2:01:55 AM (UTC) | 9/6/2019 10:01:55 PM (-4.0) | 9/6/2019 10:15:00 PM (-4.0) |
| contact@pacificlogisticsprioritymail.com | Delivered to Mail Server | relayed;dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192) | 9/7/2019 2:02:36 AM (UTC) | 9/6/2019 10:02:36 PM (-4.0) | |
| goerge.brolin@bestlogistic.com | Secondary Dispatch - Delivery Failed | 550 5.1.1 <goerge.brolin@bestlogistic.com> sorry, no mailbox here by that name. #5.5.1 | *** | *** | |
| milord@milordlaw.com | Delivered and Opened | HTTP-IP:174.202.21.245 | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | 9/6/2019 10:02:32 PM (-4.0) |
| lorie@milordlaw.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at milordlaw.com | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | |
| cristen@milordlaw.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at milordlaw.com | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | |
| stephanie@milordlaw.com | Delivered and Opened | MUA-IP:fe80::fc3a:c888:f767:328e | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | 9/6/2019 10:02:59 PM (-4.0) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| **From:** | Stephanie Trice< stephanie@milordlaw.com > |
|---|---|

| Subject: | Summons and Complaint Service of Process - Temporary Restraining Order |
|---|---|
| To: | \<markdeveline@gmail.com> \<pacificlogisticsprioritymail@gmail.com> \<contact@pacificlogisticsprioritymail.com> \<goerge.brolin@bestlogistic.com> |
| Cc: | \<milord@milordlaw.com> \<lorie@milordlaw.com> \<cristen@milordlaw.com> \<stephanie@milordlaw.com> |
| Bcc: | |
| Network ID: | \<SM21qP4iNmUOZt7eFoA0000b194@sm21.r1.rpost.net> |
| Received by RMail System: | 9/7/2019 2:01:46 AM (UTC) |
| Client Code: | |

## Message Statistics

| Tracking Number: | 1EAF7974E13AEBEA59FA228A570143283B2FF8F0 |
|---|---|
| Message Size: | 7710 |
| Features Used: | R |

## Delivery Audit Trail

9/7/2019 2:01:55 AM starting gmail.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:41617 \n 9/7/2019 2:01:55 AM >>> 220 mx.google.com ESMTP q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-STARTTLS \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< STARTTLS \n 9/7/2019 2:01:55 AM >>> 220 2.0.0 Ready to start TLS \n 9/7/2019 2:01:55 AM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 (session reused) \n 9/7/2019 2:01:55 AM tls:Cert: /C=US/ST=California/L=Mountain View/O=Google LLC/CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=GTS CA 1O1; verified=no \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< MAIL FROM:<rcptxtPWclUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:01:55 AM >>> 250 2.1.0 OK q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< RCPT TO:<markdeveline@gmail.com> \n 9/7/2019 2:01:55 AM >>> 250 2.1.5 OK q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< DATA \n 9/7/2019 2:01:55 AM >>> 354 Go ahead q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< . \n 9/7/2019 2:01:55 AM >>> 250 2.0.0 OK 1567821715 q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< QUIT \n 9/7/2019 2:01:55 AM >>> 221 2.0.0 closing connection q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=636 out=13152 \n 9/7/2019 2:01:55 AM done gmail.com/{default}

9/7/2019 2:01:55 AM starting gmail.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:46193 \n 9/7/2019 2:01:55 AM >>> 220 mx.google.com ESMTP 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-STARTTLS \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< STARTTLS \n 9/7/2019 2:01:55 AM >>> 220 2.0.0 Ready to start TLS \n 9/7/2019 2:01:55 AM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 (session reused) \n 9/7/2019 2:01:55 AM tls:Cert: /C=US/ST=California/L=Mountain View/O=Google LLC/CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=GTS CA 1O1; verified=no \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< MAIL FROM:<rcptuLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:01:55 AM >>> 250 2.1.0 OK 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< RCPT TO:<pacificlogisticsprioritymail@gmail.com> \n 9/7/2019 2:01:55 AM >>> 250 2.1.5 OK 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< DATA \n 9/7/2019 2:01:55 AM >>> 354 Go ahead 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM >>> 250 2.0.0 OK 1567821715 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< QUIT \n 9/7/2019 2:01:55 AM >>> 221 2.0.0 closing connection 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=636 out=13200 \n 9/7/2019 2:01:55 AM done gmail.com/{default}

9/7/2019 2:01:55 AM starting pacificlogisticsprioritymail.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:50442 \n 9/7/2019 2:02:15 AM >>> 220-server13.thcservers.com ESMTP Exim 4.91 #1 Fri, 06 Sep 2019 22:02:14 -0400 \n 9/7/2019 2:02:15 AM >>> 220-We do not authorize the use of this system to transport unsolicited, \n 9/7/2019 2:02:15 AM >>> 220 and/or bulk e-mail. \n 9/7/2019 2:02:15 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:02:15 AM >>> 250-server13.thcservers.com Hello mta21.r1.rpost.net

[52.58.131.9] \n 9/7/2019 2:02:15 AM >>> 250-SIZE 52428800 \n 9/7/2019 2:02:15 AM >>> 250-8BITMIME \n 9/7/2019 2:02:15 AM >>> 250-PIPELINING \n 9/7/2019 2:02:15 AM >>> 250-AUTH PLAIN LOGIN \n 9/7/2019 2:02:15 AM >>> 250-STARTTLS \n 9/7/2019 2:02:15 AM >>> 250 HELP \n 9/7/2019 2:02:15 AM <<< STARTTLS \n 9/7/2019 2:02:15 AM >>> 220 TLS go ahead \n 9/7/2019 2:02:16 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:02:16 AM tls:Cert: /OU=Domain Control Validated/OU=PositiveSSL/CN=server13.thcservers.com; issuer=/C=US/ST=TX/L=Houston/O=cPanel, Inc.C=cPanel, Inc. Certification Authority; verified=no \n 9/7/2019 2:02:16 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:02:16 AM >>> 250-server13.thcservers.com Hello mta21.r1.rpost.net [52.58.131.9] \n 9/7/2019 2:02:16 AM >>> 250-SIZE 52428800 \n 9/7/2019 2:02:16 AM >>> 250-8BITMIME \n 9/7/2019 2:02:16 AM >>> 250-PIPELINING \n 9/7/2019 2:02:16 AM >>> 250-AUTH PLAIN LOGIN \n 9/7/2019 2:02:16 AM >>> 250 HELP \n 9/7/2019 2:02:16 AM <<< MAIL FROM:<rcpt42VcfDCwPkCABMcsgbdkceDYb6ZJAEq22ivGfHLl@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:02:16 AM >>> 250 OK \n 9/7/2019 2:02:16 AM <<< RCPT TO:<contact@pacificlogisticspriorymail.com> \n 9/7/2019 2:02:36 AM >>> 250 Accepted \n 9/7/2019 2:02:36 AM <<< DATA \n 9/7/2019 2:02:36 AM >>> 354 Enter message, ending with "." on a line by itself \n 9/7/2019 2:02:36 AM <<< . \n 9/7/2019 2:02:36 AM >>> 250 OK id=1i6Q3f-009BmC-MQ \n 9/7/2019 2:02:36 AM <<< QUIT \n 9/7/2019 2:02:36 AM >>> 221 server13.thcservers.com closing connection \n 9/7/2019 2:02:36 AM closed dc-4019e4544ccf.pacificlogisticspriorymail.com (144.217.250.192) in=665 out=13206 \n 9/7/2019 2:02:36 AM done pacificlogisticspriorymail.com/{default}

9/7/2019 2:06:08 AM starting bestlogistic.com/{default} \n 9/7/2019 2:06:08 AM connecting from mta31.use.rpost.net (0.0.0.0) to mail.register.it (195.110.124.132) \n 9/7/2019 2:06:08 AM connected from 10.0.40.112:42903 \n 9/7/2019 2:06:08 AM >>> 220 scott06 cmsmtp smtp.register.it ESMTP server ready \n 9/7/2019 2:06:08 AM <<< EHLO mta31.use.rpost.net \n 9/7/2019 2:06:08 AM >>> 250-scott06 hello [54.215.254.223], pleased to meet you \n 9/7/2019 2:06:08 AM >>> 250-HELP \n 9/7/2019 2:06:08 AM >>> 250-SIZE 120000000 \n 9/7/2019 2:06:08 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:06:08 AM >>> 250-PIPELINING \n 9/7/2019 2:06:08 AM >>> 250-8BITMIME \n 9/7/2019 2:06:08 AM >>> 250-STARTTLS \n 9/7/2019 2:06:08 AM >>> 250 OK \n 9/7/2019 2:06:08 AM <<< STARTTLS \n 9/7/2019 2:06:09 AM >>> 220 2.0.0 Ready to start TLS \n 9/7/2019 2:06:09 AM tls:TLSv1 connected with 256-bit DHE-RSA-AES256-SHA \n 9/7/2019 2:06:09 AM tls:Cert: /C=IT/L=Florence/O=Register.it S.p.A./OU=Sistemi/CN=*.securemail.pro; issuer=/C=US/O=DigiCert Inc/OU=www.digicert.com/CN=Thawte RSA CA 2018; verified=no \n 9/7/2019 2:06:09 AM <<< EHLO mta31.use.rpost.net \n 9/7/2019 2:06:09 AM >>> 250-scott06 hello [54.215.254.223], pleased to meet you \n 9/7/2019 2:06:09 AM >>> 250-HELP \n 9/7/2019 2:06:09 AM >>> 250-SIZE 120000000 \n 9/7/2019 2:06:09 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:06:09 AM >>> 250-PIPELINING \n 9/7/2019 2:06:09 AM >>> 250-8BITMIME \n 9/7/2019 2:06:09 AM >>> 250 OK \n 9/7/2019 2:06:09 AM <<< MAIL FROM:<rcptlYkjnub81TZQ4H6yffIKsGq4DwWpQmN0ci2R6fvp@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:06:09 AM >>> 250 2.1.0 <rcptiykjnub81tzq4h6yffIksgq4dwwpqmn0ci2r6fvp@r1.rpost.net> sender ok \n 9/7/2019 2:06:09 AM <<< RCPT TO:<goerge.brolin@bestlogistic.com> \n 9/7/2019 2:06:10 AM >>> 550 5.1.1 <goerge.brolin@bestlogistic.com> sorry, no mailbox here by that name. #5.5.1 \n 9/7/2019 2:06:10 AM <<< QUIT \n 9/7/2019 2:06:10 AM >>> 221 2.0.0 scott06 cmsmtp closing connection \n 9/7/2019 2:06:10 AM closed mail.register.it (195.110.124.132) in=614 out=195 \n 9/7/2019 2:06:10 AM done bestlogistic.com/{default}

9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:32818 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT063.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:55 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-BY2NAM03FT063.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-DSN \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-STARTTLS \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT063.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptkVevikzCf8fa7yTqn1PLGgrSuovsYIxJLl18FvX6@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<milord@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:57 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:57 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <kVevikzCf8fa7yTqn1PLGgrSuovsYIxJLl18FvX6@r1.rpost.net> [InternalId=17231408791668, Hostname=DM5PR1801MB1836.namprd18.prod.outlook.com] 21704 bytes in 0.196, 107.823 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=897 out=13184 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default}

9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:42434 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT033.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:55 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT033.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-STARTTLS \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n

9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT033.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptR3R3yspxC7qy86J4VcQqeEE9kupUbVGxDj2mE1Cb@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<lorie@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:56 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:56 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <R3R3yspxC7qy86J4VcQqeEE9kupUbVGxDj2mE1Cb@r1.rpost.net> [InternalId=386547056723, Hostname=DM6PR18MB3420.namprd18.prod.outlook.com] 21680 bytes in 0.159, 131.852 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=893 out=13181 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default}

---

9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:52668 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT019.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:55 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT019.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-STARTTLS \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT019.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptViwp3Kjc2Qxt4mVgCisspg1fuDBYcDlhFVIJQibV@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<cristen@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:57 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:57 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <Viwp3Kjc2Qxt4mVgCisspg1fuDBYcDlhFVIJQibV@r1.rpost.net> [InternalId=14607183773889, Hostname=DM6PR18MB3145.namprd18.prod.outlook.com] 21595 bytes in 0.151, 139.652 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=895 out=13187 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default}

---

9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:53169 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT018.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:54 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT018.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-STARTTLS \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT018.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptkEwhqaa9DO0iSUu76OHfSmvkeP1xqz4clI2Eia9k@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<stephanie@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:57 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:57 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <kEwhqaa9DO0iSUu76OHfSmvkeP1xqz4clI2Eia9k@r1.rpost.net> [InternalId=5909874999407, Hostname=CY4PR18MB1144.namprd18.prod.outlook.com] 21650 bytes in 0.170, 124.019 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=894 out=13193 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default}

---

550 5.1.1 <goerge.brolin@bestlogistic.com> sorry, no mailbox here by that name. #5.5.1

---

[IP Address: 66.249.89.156] [Time Opened: 9/7/2019 2:01:57 AM] [REMOTE_HOST: 66.249.89.156] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/xtPWclUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:image/webp,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip,deflate,br HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 Connection: keep-alive Accept: image/webp,*/*;q=0.8 Accept-Encoding: gzip,deflate,br Accept-Language: en-US Host: open.r1.rpost.net Referer:

http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif C:\inetpub\wwwroot\OpenDetection\open\images\xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif 66.249.89.156 66.249.89.156 42141 GET /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif keep-alive image/webp,*/*;q=0.8 gzip,deflate,br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <markdeveline@gmail.com> relayed to mailer gmail-smtp-in.l.google.com (173.194.76.27)

[IP Address: 66.102.9.127] [Time Opened: 9/7/2019 2:15:00 AM] [REMOTE_HOST: 66.102.9.127] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/uLmFl41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT_ENCODING:gzip,deflate,br HTTP_HOST: open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) Connection: keep-alive Accept-Encoding: gzip,deflate,br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/uLmFl41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif C:\inetpub\wwwroot\OpenDetection\open\images\uLmFl41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif 66.102.9.127 66.102.9.127 57898 GET /open/images/uLmFl41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/uLmFl41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif keep-alive gzip,deflate,br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <pacificlogisticsprioritymail@gmail.com> relayed to mailer gmail-smtp-in.l.google.com (173.194.76.27)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <contact@pacificlogisticsprioritymail.com> relayed to mailer dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a copy of the original message. <goerge.brolin@bestlogistic.com> delivery failed: will not continue trying

[IP Address: 174.202.21.245] [Time Opened: 9/7/2019 2:02:32 AM] [REMOTE_HOST: 174.202.21.245] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLl18FvX6.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:br, gzip, deflate HTTP_ACCEPT_LANGUAGE:en-us HTTP_HOST: open.r1.rpost.net HTTP_USER_AGENT:Outlook-iOS/711.2819328.prod.iphone (4.1.1) Connection: keep-alive Accept: image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 Accept-Encoding: br, gzip, deflate Accept-Language: en-us Host: open.r1.rpost.net User-Agent: Outlook-iOS/711.2819328.prod.iphone (4.1.1) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLl18FvX6.gif C:\inetpub\wwwroot\OpenDetection\open\images\kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLl18FvX6.gif 174.202.21.245 174.202.21.245 4603 GET /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLl18FvX6.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLl18FvX6.gif keep-alive image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 br, gzip, deflate en-us open.r1.rpost.net Outlook-iOS/711.2819328.prod.iphone (4.1.1)

From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: milord@milordlaw.com<mailto:milord@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order

| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: lorie@milordlaw.com<mailto:lorie@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |
|---|
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: cristen@milordlaw.com<mailto:cristen@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |
| Your message To: Stephanie Trice Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order Sent: Friday, September 6, 2019 7:01:52 PM (UTC-08:00) Pacific Time (US %2A Canada) was read on Friday, September 6, 2019 7:02:38 PM (UTC-08:00) Pacific Time (US %2A Canada). |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: stephanie@milordlaw.com<mailto:stephanie@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                              An RPost® Technology

6