Milord A. Keshishian, *Pro Hac Vice* (CA SBN 197835)
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
PACIFIC LOGISTICS CORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PACIFIC LOGISTICS CORP, a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PACIFIC LOGISTICS PRIORITY MAIL, a business entity form unknown; JOHN DOE, said name being fictitious and unknown; DOES 2 through 10; and ROE CORPORATIONS 2 through 10,<br><br>  Defendants. | CASE NO.: CV-19-05023-PHX-SMB<br><br>**PROOF OF SERVICE OF (1) COMPLAINT; (2) PACIFIC LOGISTICS CORP'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER (SEALED); (3) DECLARATION OF MILORD A. KESHISHIAN, (4) DECLARATION OF ERIC HOCKERSMITH; (5) APPENDIX OF EXHIBITS; AND (6) THE COURT'S ORDER GRANTING PACIFIC LOGISTICS CORP'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER (SEALED) ON MARK DEVELINE, REGISTRANT, ADMINISTRATIVE, TECHNICAL, AND BILLING CONTACT FOR THE WWW.PACIFICLOGISTICSPRIORITYMAIL.COM DOMAIN NAME** |

**PROOF OF SERVICE**

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 10517 West Pico Boulevard, Los Angeles, CA 90064 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On **SEPTEMBER 6, 2019, I SERVED THE FOLLOWING DOCUMENT(S) DESCRIBED AS: (1) COMPLAINT; (2) PACIFIC LOGISTICS CORP'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER (SEALED); (3) DECLARATION OF MILORD A. KESHISHIAN, (4) DECLARATION OF ERIC HOCKERSMITH; (5) APPENDIX OF EXHIBITS; AND (6) THE COURT'S ORDER GRANTING PACIFIC LOGISTICS CORP'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER (SEALED) ON MARK DEVELINE REGISTRANT, ADMINISTRATIVE, TECHNICAL, AND BILLING CONTACT FOR THE WWW.PACIFICLOGISTICSPRIORITYMAIL.COM DOMAIN NAME**

☐ **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California addressed as set forth below.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by Now Messenger Service.

☐ **BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

☐ **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

☒ **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION** as follows: I caused the above-referenced document(s), in .pdf format, to be transmitted by email via RPost (see attached Exhibit A Receipt Authentication) to its intended recipient(s) at the following email addresses set forth below:

Mark Develine, Registrant, Administrative, Technical, and Billing Contact for the
www.pacificlogisticsprioritymail.com domain name
markdeveline@gmail.com;
pacificlogisticsprioritymail@gmail.com;
contact@pacificlogisticsprioritymail.com; and
goerge.brolin@bestlogistic.com.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **September 12, 2019**, at Los Angeles, California.

☐ **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

_____
Stephanie V. Trice

EXHIBIT A

**From:** Authentication <support@r1.rpost.net>
**Sent:** Saturday, September 7, 2019 3:10 PM
**To:** Stephanie Trice <stephanie@milordlaw.com>
**Subject:** Receipt: Summons and Complaint Service of Process - Temporary Restraining Order (Delivery Failure)

 

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

** A copy of the original message is attached. **

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered (UTC*)** | **Delivered (local)** | **Opened (local)** |
| markdeveline@gmail.com | Delivered and Opened | HTTP-IP:66.249.89.156 | 9/7/2019 2:01:55 AM (UTC) | 9/6/2019 10:01:55 PM (-4.0) | 9/6/2019 10:01:57 PM (-4.0) |
| pacificlogisticsprioritymail@gmail.com | Delivered and Opened | HTTP-IP:66.102.9.127 | 9/7/2019 2:01:55 AM (UTC) | 9/6/2019 10:01:55 PM (-4.0) | 9/6/2019 10:15:00 PM (-4.0) |
| contact@pacificlogisticsprioritymail.com | Delivered to Mail Server | relayed;dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192) | 9/7/2019 2:02:36 AM (UTC) | 9/6/2019 10:02:36 PM (-4.0) | |
| goerge.brolin@bestlogistic.com | Secondary Dispatch - Delivery Failed | 550 5.1.1 <goerge.brolin@bestlogistic.com> sorry, no mailbox here by that name. #5.5.1 | *** | *** | |
| milord@milordlaw.com | Delivered and Opened | HTTP-IP:174.202.21.245 | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | 9/6/2019 10:02:32 PM (-4.0) |
| lorie@milordlaw.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at milordlaw.com | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | |

| | | | | | |
|---|---|---|---|---|---|
| cristen@milordlaw.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at milordlaw.com | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | |
| stephanie@milordlaw.com | Delivered and Opened | MUA-IP:fe80::fc3a:c888:f767:328e | 9/7/2019 2:01:58 AM (UTC) | 9/6/2019 10:01:58 PM (-4.0) | 9/6/2019 10:02:59 PM (-4.0) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| From: | Stephanie Trice< stephanie@milordlaw.com > |
| Subject: | Summons and Complaint Service of Process - Temporary Restraining Order |
| To: | <markdeveline@gmail.com> <pacificlogisticsprioritymail@gmail.com> <contact@pacificlogisticsprioritymail.com> <goerge.brolin@bestlogistic.com> |
| Cc: | <milord@milordlaw.com> <lorie@milordlaw.com> <cristen@milordlaw.com> <stephanie@milordlaw.com> |
| Bcc: | |
| Network ID: | <SM21qP4iNmUOZt7eFoA0000b194@sm21.r1.rpost.net> |
| Received by RMail System: | 9/7/2019 2:01:46 AM (UTC) |
| Client Code: | |

| Message Statistics | |
|---|---|
| Tracking Number: | 1EAF7974E13AEBEA59FA228A570143283B2FF8F0 |
| Message Size: | 7710 |
| Features Used: | R |

| Delivery Audit Trail |
|---|
| 9/7/2019 2:01:55 AM starting gmail.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:41617 \n 9/7/2019 2:01:55 AM >>> 220 mx.google.com ESMTP q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-STARTTLS \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< STARTTLS \n 9/7/2019 2:01:55 AM >>> 220 2.0.0 Ready to start TLS \n 9/7/2019 2:01:55 AM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 (session reused) \n 9/7/2019 2:01:55 AM tls:Cert: /C=US/ST=California/L=Mountain View/O=Google LLC/CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=GTS CA 1O1; verified=no \n 9/7/2019 2:01:55 AM |

| |
|---|
| <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< MAIL FROM:<rcptxtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:01:55 AM >>> 250 2.1.0 OK q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< RCPT TO:<markdeveline@gmail.com> \n 9/7/2019 2:01:55 AM >>> 250 2.1.5 OK q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< DATA \n 9/7/2019 2:01:55 AM >>> 354 Go ahead q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< . \n 9/7/2019 2:01:55 AM >>> 250 2.0.0 OK 1567821715 q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM <<< QUIT \n 9/7/2019 2:01:55 AM >>> 221 2.0.0 closing connection q27si6352438wra.23 - gsmtp \n 9/7/2019 2:01:55 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=636 out=13152 \n 9/7/2019 2:01:55 AM done gmail.com/{default} |
| 9/7/2019 2:01:55 AM starting gmail.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:46193 \n 9/7/2019 2:01:55 AM >>> 220 mx.google.com ESMTP 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-STARTTLS \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< STARTTLS \n 9/7/2019 2:01:55 AM >>> 220 2.0.0 Ready to start TLS \n 9/7/2019 2:01:55 AM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 (session reused) \n 9/7/2019 2:01:55 AM tls:Cert: /C=US/ST=California/L=Mountain View/O=Google LLC/CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=GTS CA 1O1; verified=no \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-mx.google.com at your service, [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< MAIL FROM:<rcptuLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:01:55 AM >>> 250 2.1.0 OK 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< RCPT TO:<pacificlogisticsprioritymail@gmail.com> \n 9/7/2019 2:01:55 AM >>> 250 2.1.5 OK 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< DATA \n 9/7/2019 2:01:55 AM >>> 354 Go ahead 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< . \n 9/7/2019 2:01:55 AM >>> 250 2.0.0 OK 1567821715 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM <<< QUIT \n 9/7/2019 2:01:55 AM >>> 221 2.0.0 closing connection 92si6814421wrs.218 - gsmtp \n 9/7/2019 2:01:55 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=636 out=13200 \n 9/7/2019 2:01:55 AM done gmail.com/{default} |
| 9/7/2019 2:01:55 AM starting pacificlogisticsprioritymail.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:50442 \n 9/7/2019 2:02:15 AM >>> 220-server13.thcservers.com ESMTP Exim 4.91 #1 Fri, 06 Sep 2019 22:02:14 -0400 \n 9/7/2019 2:02:15 AM >>> 220-We do not authorize the use of this system to transport unsolicited, \n 9/7/2019 2:02:15 AM >>> 220 and/or bulk e-mail. \n 9/7/2019 2:02:15 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:02:15 AM >>> 250-server13.thcservers.com Hello mta21.r1.rpost.net [52.58.131.9] \n 9/7/2019 2:02:15 AM >>> 250-SIZE 52428800 \n 9/7/2019 2:02:15 AM >>> 250-8BITMIME \n 9/7/2019 2:02:15 AM >>> 250-PIPELINING \n 9/7/2019 2:02:15 AM >>> 250-AUTH PLAIN LOGIN \n 9/7/2019 2:02:15 AM >>> 250-STARTTLS \n 9/7/2019 2:02:15 AM >>> 250 HELP \n 9/7/2019 2:02:15 AM <<< STARTTLS \n 9/7/2019 2:02:15 AM >>> 220 TLS go ahead \n 9/7/2019 2:02:16 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:02:16 AM tls:Cert: /OU=Domain Control Validated/OU=PositiveSSL/CN=server13.thcservers.com; issuer=/C=US/ST=TX/L=Houston/O=cPanel, Inc./CN=cPanel, Inc. Certification Authority; verified=no \n 9/7/2019 2:02:16 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:02:16 AM >>> 250-server13.thcservers.com Hello mta21.r1.rpost.net [52.58.131.9] \n 9/7/2019 2:02:16 AM >>> 250-SIZE 52428800 \n 9/7/2019 2:02:16 AM >>> 250-8BITMIME \n 9/7/2019 2:02:16 AM >>> 250-PIPELINING \n 9/7/2019 2:02:16 AM >>> 250-AUTH PLAIN LOGIN \n 9/7/2019 2:02:16 AM >>> 250 HELP \n 9/7/2019 2:02:16 AM <<< MAIL FROM:<rcpt42VcfDCwPkCABMcsgbdkceDYb6ZJAEq22ivGfHLI@r1.rpost.net> BODY=8BITMIME \n |

| |
|---|
| 9/7/2019 2:02:16 AM >>> 250 OK \n 9/7/2019 2:02:16 AM <<< RCPT TO:<contact@pacificlogisticsprioritymail.com> \n 9/7/2019 2:02:36 AM >>> 250 Accepted \n 9/7/2019 2:02:36 AM <<< DATA \n 9/7/2019 2:02:36 AM >>> 354 Enter message, ending with "." on a line by itself \n 9/7/2019 2:02:36 AM <<< . \n 9/7/2019 2:02:36 AM >>> 250 OK id=1i6Q3f-009BmC-MQ \n 9/7/2019 2:02:36 AM <<< QUIT \n 9/7/2019 2:02:36 AM >>> 221 server13.thcservers.com closing connection \n 9/7/2019 2:02:36 AM closed dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192) in=665 out=13206 \n 9/7/2019 2:02:36 AM done pacificlogisticsprioritymail.com/{default} |
| 9/7/2019 2:06:08 AM starting bestlogistic.com/{default} \n 9/7/2019 2:06:08 AM connecting from mta31.use.rpost.net (0.0.0.0) to mail.register.it (195.110.124.132) \n 9/7/2019 2:06:08 AM connected from 10.0.40.112:42903 \n 9/7/2019 2:06:08 AM >>> 220 scott06 cmsmtp smtp.register.it ESMTP server ready \n 9/7/2019 2:06:08 AM <<< EHLO mta31.use.rpost.net \n 9/7/2019 2:06:08 AM >>> 250-scott06 hello [54.215.254.223], pleased to meet you \n 9/7/2019 2:06:08 AM >>> 250-HELP \n 9/7/2019 2:06:08 AM >>> 250-SIZE 120000000 \n 9/7/2019 2:06:08 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:06:08 AM >>> 250-PIPELINING \n 9/7/2019 2:06:08 AM >>> 250-8BITMIME \n 9/7/2019 2:06:08 AM >>> 250-STARTTLS \n 9/7/2019 2:06:08 AM >>> 250 OK \n 9/7/2019 2:06:08 AM <<< STARTTLS \n 9/7/2019 2:06:09 AM >>> 220 2.0.0 Ready to start TLS \n 9/7/2019 2:06:09 AM tls:TLSv1 connected with 256-bit DHE-RSA-AES256-SHA \n 9/7/2019 2:06:09 AM tls:Cert: /C=IT/L=Florence/O=Register.it S.p.A./OU=Sistemi/CN=*.securemail.pro; issuer=/C=US/O=DigiCert Inc/OU=www.digicert.com/CN=Thawte RSA CA 2018; verified=no \n 9/7/2019 2:06:09 AM <<< EHLO mta31.use.rpost.net \n 9/7/2019 2:06:09 AM >>> 250-scott06 hello [54.215.254.223], pleased to meet you \n 9/7/2019 2:06:09 AM >>> 250-HELP \n 9/7/2019 2:06:09 AM >>> 250-SIZE 120000000 \n 9/7/2019 2:06:09 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:06:09 AM >>> 250-PIPELINING \n 9/7/2019 2:06:09 AM >>> 250-8BITMIME \n 9/7/2019 2:06:09 AM >>> 250 OK \n 9/7/2019 2:06:09 AM <<< MAIL FROM:<rcptIYkjnub81TZQ4H6yfflKsGq4DwWpQmN0ci2R6fvp@r1.rpost.net> BODY=8BITMIME \n 9/7/2019 2:06:09 AM >>> 250 2.1.0 <rcptiykjnub81tzq4h6yfflksgq4dwwpqmn0ci2r6fvp@r1.rpost.net> sender ok \n 9/7/2019 2:06:09 AM <<< RCPT TO:<goerge.brolin@bestlogistic.com> \n 9/7/2019 2:06:10 AM >>> 550 5.1.1 <goerge.brolin@bestlogistic.com> sorry, no mailbox here by that name. #5.5.1 \n 9/7/2019 2:06:10 AM <<< QUIT \n 9/7/2019 2:06:10 AM >>> 221 2.0.0 scott06 cmsmtp closing connection \n 9/7/2019 2:06:10 AM closed mail.register.it (195.110.124.132) in=614 out=195 \n 9/7/2019 2:06:10 AM done bestlogistic.com/{default} |
| 9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:32818 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT063.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:55 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:55 AM >>> 250-BY2NAM03FT063.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:55 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:55 AM >>> 250-PIPELINING \n 9/7/2019 2:01:55 AM >>> 250-DSN \n 9/7/2019 2:01:55 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:55 AM >>> 250-STARTTLS \n 9/7/2019 2:01:55 AM >>> 250-8BITMIME \n 9/7/2019 2:01:55 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:55 AM >>> 250-CHUNKING \n 9/7/2019 2:01:55 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:55 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT063.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptkVevikzCf8fa7yTqn1PLGgrSuovsYlxJLI18FvX6@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<milord@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:57 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:57 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLI18FvX6@r1.rpost.net> [InternalId=17231408791668, |

Hostname=DM5PR1801MB1836.namprd18.prod.outlook.com] 21704 bytes in 0.196, 107.823 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=897 out=13184 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default}

9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:42434 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT033.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:55 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT033.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-STARTTLS \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT033.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptR3R3yspxC7qy86J4VcQqeEE9kupUbVGxDj2mE1Cb@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<lorie@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:56 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:56 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <R3R3yspxC7qy86J4VcQqeEE9kupUbVGxDj2mE1Cb@r1.rpost.net> [InternalId=386547056723, Hostname=DM6PR18MB3420.namprd18.prod.outlook.com] 21587 bytes in 0.159, 131.852 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=893 out=13181 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default}

9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:52668 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT019.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:55 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT019.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-STARTTLS \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT019.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptViwp3Kjc2Qxt4mVgCisspg1fuDBYcDlhFVIJQibV@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<cristen@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n

| |
|---|
| 9/7/2019 2:01:57 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:57 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <Viwp3Kjc2Qxt4mVgCisspg1fuDBYcDlhFVIJQibV@r1.rpost.net> [InternalId=14607183773889, Hostname=DM6PR18MB3145.namprd18.prod.outlook.com] 21595 bytes in 0.151, 139.652 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=895 out=13187 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default} |
| 9/7/2019 2:01:55 AM starting milordlaw.com/{default} \n 9/7/2019 2:01:55 AM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (104.47.42.36) \n 9/7/2019 2:01:55 AM connected from 192.168.10.11:53169 \n 9/7/2019 2:01:55 AM >>> 220 BY2NAM03FT018.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sat, 7 Sep 2019 02:01:54 +0000 \n 9/7/2019 2:01:55 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT018.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-STARTTLS \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< STARTTLS \n 9/7/2019 2:01:56 AM >>> 220 2.0.0 SMTP server ready \n 9/7/2019 2:01:56 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 \n 9/7/2019 2:01:56 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=BE/O=GlobalSign nv-sa/CN=GlobalSign Organization Validation CA - SHA256 - G3; verified=no \n 9/7/2019 2:01:56 AM <<< EHLO mta21.r1.rpost.net \n 9/7/2019 2:01:56 AM >>> 250-BY2NAM03FT018.mail.protection.outlook.com Hello [52.58.131.9] \n 9/7/2019 2:01:56 AM >>> 250-SIZE 157286400 \n 9/7/2019 2:01:56 AM >>> 250-PIPELINING \n 9/7/2019 2:01:56 AM >>> 250-DSN \n 9/7/2019 2:01:56 AM >>> 250-ENHANCEDSTATUSCODES \n 9/7/2019 2:01:56 AM >>> 250-8BITMIME \n 9/7/2019 2:01:56 AM >>> 250-BINARYMIME \n 9/7/2019 2:01:56 AM >>> 250-CHUNKING \n 9/7/2019 2:01:56 AM >>> 250 SMTPUTF8 \n 9/7/2019 2:01:56 AM <<< MAIL FROM:<rcptkEwhqaa9DO0iSUu76OHfSmvkeP1xqz4clI2Eia9k@r1.rpost.net> BODY=8BITMIME RET=FULL \n 9/7/2019 2:01:56 AM >>> 250 2.1.0 Sender OK \n 9/7/2019 2:01:56 AM <<< RCPT TO:<stephanie@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 9/7/2019 2:01:57 AM >>> 250 2.1.5 Recipient OK \n 9/7/2019 2:01:57 AM <<< DATA \n 9/7/2019 2:01:57 AM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 9/7/2019 2:01:57 AM <<< . \n 9/7/2019 2:01:58 AM >>> 250 2.6.0 <kEwhqaa9DO0iSUu76OHfSmvkeP1xqz4clI2Eia9k@r1.rpost.net> [InternalId=5909874999407, Hostname=CY4PR18MB1144.namprd18.prod.outlook.com] 21650 bytes in 0.170, 124.019 KB/sec Queued mail for delivery \n 9/7/2019 2:01:58 AM <<< QUIT \n 9/7/2019 2:01:58 AM >>> 221 2.0.0 Service closing transmission channel \n 9/7/2019 2:01:58 AM closed milordlaw-com.mail.protection.outlook.com (104.47.42.36) in=894 out=13193 \n 9/7/2019 2:01:58 AM done milordlaw.com/{default} |
| 550 5.1.1 <goerge.brolin@bestlogistic.com> sorry, no mailbox here by that name. #5.5.1 |
| [IP Address: 66.249.89.156] [Time Opened: 9/7/2019 2:01:57 AM] [REMOTE_HOST: 66.249.89.156] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:image/webp,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip,deflate,br HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 Connection: keep-alive Accept: image/webp,*/*;q=0.8 Accept-Encoding: gzip,deflate,br Accept-Language: en-US Host: open.r1.rpost.net Referer: http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 |

| |
|---|
| /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif C:\inetpub\wwwroot\OpenDetection\open\images\xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif 66.249.89.156 66.249.89.156 42141 GET /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/xtPWcIUT5vH97WeczM6ZThToR0n46jnEvBWeMqRf.gif keep-alive image/webp,*/*;q=0.8 gzip,deflate,br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <markdeveline@gmail.com> relayed to mailer gmail-smtp-in.l.google.com (173.194.76.27) |
| [IP Address: 66.102.9.127] [Time Opened: 9/7/2019 2:15:00 AM] [REMOTE_HOST: 66.102.9.127] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/uLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT_ENCODING:gzip,deflate,br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) Connection: keep-alive Accept-Encoding: gzip,deflate,br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/uLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif C:\inetpub\wwwroot\OpenDetection\open\images\uLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif 66.102.9.127 66.102.9.127 57898 GET /open/images/uLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/uLmFI41GWhG3TnwJT8bfA0As9PqLmO30fN0birQe.gif keep-alive gzip,deflate,br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <pacificlogisticsprioritymail@gmail.com> relayed to mailer gmail-smtp-in.l.google.com (173.194.76.27) |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <contact@pacificlogisticsprioritymail.com> relayed to mailer dc-4019e4544ccf.pacificlogisticsprioritymail.com (144.217.250.192) |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as a copy of the original message. <goerge.brolin@bestlogistic.com> delivery failed; will not continue trying |
| [IP Address: 174.202.21.245] [Time Opened: 9/7/2019 2:02:32 AM] [REMOTE_HOST: 174.202.21.245] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYIxJLl18FvX6.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:br, gzip, deflate HTTP_ACCEPT_LANGUAGE:en-us HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Outlook-iOS/711.2819328.prod.iphone (4.1.1) |

| |
|---|
| Connection: keep-alive Accept: image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 Accept-Encoding: br, gzip, deflate Accept-Language: en-us Host: open.r1.rpost.net User-Agent: Outlook-iOS/711.2819328.prod.iphone (4.1.1) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Ste 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLI18FvX6.gif C:\inetpub\wwwroot\OpenDetection\open\images\kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLI18FvX6.gif 174.202.21.245 174.202.21.245 4603 GET /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLI18FvX6.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/kVevikzCf8fa7yTqn1PLGgrSuovsYlxJLI18FvX6.gif keep-alive image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 br, gzip, deflate en-us open.r1.rpost.net Outlook-iOS/711.2819328.prod.iphone (4.1.1) |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: milord@milordlaw.com<mailto:milord@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: lorie@milordlaw.com<mailto:lorie@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: cristen@milordlaw.com<mailto:cristen@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |
| Your message To: Stephanie Trice Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order Sent: Friday, September 6, 2019 7:01:52 PM (UTC-08:00) Pacific Time (US %2A Canada) was read on Friday, September 6, 2019 7:02:38 PM (UTC-08:00) Pacific Time (US %2A Canada). |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: stephanie@milordlaw.com<mailto:stephanie@milordlaw.com> Subject: Registered: Summons and Complaint Service of Process - Temporary Restraining Order |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit [www.rmail.com](www.rmail.com). An RPost® Technology

**From:** Stephanie Trice <stephanie@milordlaw.com>
**Sent:** Friday, September 6, 2019 7:02 PM
**To:** markdeveline@gmail.com; pacificlogisticsprioritymail@gmail.com; contact@pacificlogisticsprioritymail.com; goerge.brolin@bestlogistic.com
**Cc:** Milord Keshishian <milord@milordlaw.com>; Lorie Mallari <lorie@milordlaw.com>; Cristen Fletcher <Cristen@milordlaw.com>; Stephanie Trice <stephanie@milordlaw.com>
**Subject:** Summons and Complaint Service of Process - Temporary Restraining Order


Re:     Summons and Complaint Service of Process - Temporary Restraining Order

Preliminary Injunction Hearing – September 12, 2019 at 10:00 am MST

*Pacific Logistics Corp v. Pacific Logistics Priority Mail, et al.*

United States District Court – District of Arizona

Case No.:  CV-19-05023-PHX-SMB

<u>Our Ref No.:  PLC18-006L</u>


Mr. Develine:

As the registrant for the www.pacificlogisticsprioritymail.com domain name, you are **ORDERED BY THE ABOVE-REFERENCED COURT** to follow the Court Order Granting Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed) dated August 29, 2019 until final resolution of this matter, which include:

You shall not edit, modify, delete, or otherwise dispose of any website pages related to the pacificlogisticsprioritymail.com domain name;

1. You must preserve copies of all your computer files relating to the use of the pacificlogisticsprioritymail.com domain name and shall take all necessary steps to retrieve computer files relating to the use of the domain name and that may have been deleted before the entry of this Order;
2. You must not dissipate or transfer any assets located in the United States;

3. You must unpublish the website located at pacificlogisticsprioritymail.com domain name;
4. You are enjoined from removing, deleting, or otherwise disposing of any assets located in the United States until further notice; and
5. You shall immediately discontinue use of the Pacific Logistics Marks, or any confusingly similar trademarks within domain extensions, metatags, or other markers within website code, from use on any webpage (including as the title of any web page).

Click on the following link to access the Order and additional documents filed in this case: https://milordlaw.sharefile.com/d-sb9ef4d5077d4c7f8:

1. Complaint;
2. Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed);
3. Declaration of Milord A. Keshishian;
4. Declaration of Eric Hockersmith;
5. Appendix of Exhibits; and
6. Court Order Granting Pacific Logistics Corp's Ex Parte Motion for Temporary Restraining Order (Sealed).

**The hearing on the Preliminary Injunction will be held on September 12, 2019 at 10:00 am MST before Hon. Susan M. Brnovich at the Sandra Day O'Connor Courthouse, 401 West Washington Street, Courtroom 506, Phoenix, AZ 85003.**

If you should have any questions or concerns, please feel free to contact our office.

Most sincerely,

Stephanie V. Trice

Associate Attorney

Milord & Associates, PC

Patent, Trademark & Copyright Law
10517 West Pico Boulevard

Los Angeles, CA 90064
Tel (310) 226-7878
Fax (310) 226-7879

www.milordlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.